IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Richard Agyei,                          :
                                        :        Case No. 1:26-cv-636
         Petitioner,                    :
                                        :        Judge Susan J. Dlott
         v.                             :
                                        :        Order
Warden, Monroe County Jail, *et al.*    :
                                        :
         Respondents.                   :

Petitioner, Richard Agyei, brings a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Agyei from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1]  *See* 28 U.S.C. § 1651(a).  This order should not be construed as an expression of the Court's views on the merits of this matter.  *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

         **IT IS SO ORDERED.**

                                        BY THE COURT:


                                        S/Susan J. Dlott
                                        Susan J. Dlott
                                        United States District Judge

---

[1] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.

1